202

**GERBRON, Inc., v. GERBRON CLEANERS, Inc., et al., Appellants.**

**No. 8183.**

Circuit Court of Appeals, Third Circuit.

Argued Jan. 22, 1943.

Decided Feb. 5, 1943.

Leonard J. Schwartz, of Philadelphia, Pa. (A. Alfred Wasserman, of Philadelphia, Pa., on the brief), for appellants.

Samuel B. Fortenbaugh, Jr., of Philadelphia, Pa. (Shields, Clark, Brown & McCown, of Philadelphia, Pa., on the brief), for appellee.

Before JONES, Circuit Judge, and WATSON and MEANEY, District Judges.

PER CURIAM.

The findings of the trial judge are fully supported by substantial evidence and justify the conclusions of law based thereon. Accordingly, the decree of the District Court, 45 F.Supp. 150, is affirmed.

**GLOBE OIL & REFINING COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 2604.**

Circuit Court of Appeals, Tenth Circuit.

Dec. 29, 1942.

Jochems, Sargent & Blaes and McGill, Castor & Elcock, all of Wichita, Kan., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition to review dismissed on motion of petitioner.

**GRAND RIVER DAM AUTHORITY v. DEWEY T. ROSS ENGINEERING CORPORATION et al.**

**No. 2572.**

Circuit Court of Appeals, Tenth Circuit.

Dec. 24, 1942.

Edward P. Marshall, R. L. Davidson, and Jesse L. Ballard, all of Tulsa, Okl., for appellant.

Richard L. Wheatley, of Vinita, Okl., W. Dewey Lawrence, of Tyler, Tex., and Duff & Manatt, of Tulsa, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**Amory L. HASKELL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 8146.**

Circuit Court of Appeals, Third Circuit.

Argued Feb. 5, 1943.

Decided Feb. 8, 1943.

Ambrose L. O'Shea, of New York City (John R. Brook, of New York City, on the brief), for petitioner.

Newton K. Fox, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed for the reasons fully and satisfactorily set forth in its opinion.